IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZHE MIN JIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-1232-JD |
| | ) |
| PAMELA BONDI et al., | ) |
| | ) |
| Respondents. | ) |

### ORDER

Petitioner, Zhe Min Jin, a citizen of China proceeding with counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") challenging his detention by U.S. Immigration and Customs Enforcement ("ICE").[1] (ECF No. 1). United States District Judge Jodi W. Dishman referred the matter to the undersigned magistrate judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). (ECF No. 3). The undersigned has examined the Petition and now orders as follows:

1. Notwithstanding Temporary General Order 25-8, Respondents shall file an answer, motion or other response within fourteen[2] (14) days from this order's date, consistent with Rule 5(b), (d) of the Rules Governing Section 2254 Cases.[3]

---

[1] Petitioner is housed at Cimmaron Correctional Facility in Cushing, Oklahoma. *See* ECF No. 1:1.

[2] With the entry of this shortened briefing schedule Petitioner's Emergency Motion to Expedite Pursuant to 28 USC 1657 **(ECF No. 4)** is **GRANTED**.

[3] "The Rules Governing § 2254 Cases may be applied discretionarily to habeas petitions under § 2241." *Whitmore v. Parker*, 484 F. App'x 227, 231 n.2 (10th Cir. 2012) (citing *Boutwell v. Keating*, 399 F.3d 1203, 1211 n.2 (10th Cir. 2005)); *see also* Rule 1(b).

2. If Respondents file an answer or other response, Petitioner shall file a reply within fourteen (14) days from the filing date. *See* Rule 5(e).

or

If Respondents file a motion, Petitioner shall file a response within fourteen (14) days after the date the motion was filed. If a party does not oppose a motion within fourteen (14) days, the Court may, in its discretion, deem the motion confessed. *See* LCvR7.1(g).

3. The Court directs the Clerk of Court to send the petition and this order to the United States Attorney for the Western District of Oklahoma on Respondents' behalf at the following address: 210 W. Park Ave., Suite 400, Oklahoma City, Oklahoma 73102

4. In addition, Respondents shall provide this Court with at least 72 hours advance notice of any scheduled removal or transfer of Petitioner out of this Court's jurisdiction.

**IT IS SO ORDERED** on October 21, 2025.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE