# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

December 4, 2025

| | |
|---|---|
| ZHE MIN JIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-01232-JD |
| | ) |
| PAMELA BONDI, et al., | ) |
| | ) |
| Respondents. | ) |

**ENTER ORDER:**

      The Court is in receipt of Respondents' Notice to the Court advising that Petitioner Zhe Min Jin has been scheduled for removal. [Doc. No. 21]. Additionally, the Court has reviewed Petitioner's Response [Doc. No. 23] to the Notice. Specifically, the Notice advises that Petitioner will be transferred outside this judicial district on December 8, 2025, and removed to China on December 15, 2025. *Id.* Other than the representations of government's counsel in the Notice, there is no indication of a valid travel document from China for Petitioner or proof of a flight manifest for China on December 15 with Petitioner's name.

      Accordingly, the Court ORDERS Respondents to file proof of Petitioner's impending departure on or before **December 5, 2025, by 1:30 p.m. CT**. If necessary, Respondents may submit such proof *ex parte* and *in camera* for the Court's review.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:   */s/ Nyssa Vasquez-Morrow*
             Deputy Clerk