# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

December 16, 2025

| | |
|---|---|
| ZHE MIN JIN, | ) |
|         Petitioner, | ) |
| v. | ) Case No. CIV-25-01232-JD |
| PAMELA BONDI, et al., | ) |
|         Respondents. | ) |

**ENTER ORDER:**

      Respondents previously advised the Court that Petitioner Zhe Min Jin would be removed to China on December 15, 2025. [Doc. No. 21]. The Court ORDERS Respondents to file proof of Petitioner's actual departure within five (5) days of December 16, 2025.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                          JOAN KANE, CLERK

                                By:  */s/ Carol Ditta*
                                               Deputy Clerk